**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

APR **2 5** 2018

**MATTHEW J. DYKMAN**
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 18Mj 1413 |
| Jesus Manuel Almanza(year of birth 1995, SSN XXX-XX-5023) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 24, 20178 _____ in the county of _____ Bernalillo _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113 | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dibiassi Robinson, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/25/2018 _____

_____
*Judge's signature*

City and state: _____ Albuquerque, NM _____

Laura Fashing, U.S. Magistrate
_____
*Printed name and title*
Judge

## AFFIDAVIT IN SUPPORT OF CRIMAL COMPLAINT;
## JESUS MANUEL ALMANZA

I, Dibiassi Robinson, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed by the FBI since August 2016.  I am a Graduate of the FBI's New Agents Course and have previously served in local law enforcement in Richmond, Virginia and Colorado Springs, Colorado where I investigated narcotics violations, conspiracies and violent crimes including aggravated assaults and homicides.  I am currently assigned as a Special Agent, Violent Crimes Squad, at the FBI Albuquerque Field Office, where I investigate violations of the United States Code, including violent crimes, such as, Hobbs Act violations, bank robberies, controlled substance violations, conspiracies, sexual assaults, assaults resulting in serious bodily injury and homicides. I have attended multiple trainings focused on Indian Country Crimes, sexual assaults, aggravated assault and homicides. I am a current and active member of the Albuquerque FBI Special Weapon and Tactics (SWAT) Team.

2.      I submit this application and affidavit in support of a criminal complaint against JESUS MANUEL ALMANZA year of birth 1995 (hereinafter referred to as ALMANZA).

3.      This affidavit is based primarily upon an investigation conducted by me and other law enforcement officers, eye-witness accounts, surveillance video footage, other investigative techniques and upon my training and experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts I believe are necessary to establish probable cause to believe that the violations of Title 18 U.S.C. § 2113, Bank Robbery, was committed by ALMANZA.

## STATUTORY AUTHORITY

4.      As stated, this investigation concerns an alleged violation of Title 18 U.S.C. § 2113, Bank Robbery.

a. Title 18 U.S.C. § 2113 (a) prohibits anyone who by force and violence or intimidation takes from the person any money in the possession of any bank.

## BACKGROUND OF THE INVESTIGATION

5.      On April 24, 2018, at approximately 1:30 p.m. an unknown male subject (UNSUB) entered the branch of Wells Fargo located at 7827 4th Street Northwest, Albuquerque, NM. Based on surveillance camera images, the descriptions from teller and witnesses, the subject was a Hispanic male in his early twenties, approximately 5'9" to 6'0" tall and of medium build. The UNSUB wore all dark clothing. The T-shirt was described as dark with a red logo or emblem on the front and a dark colored baseball style cap with a brown/tan bill and a rectangular patch in the center. The UNSUB wore a pair of dark colored headphones.

6.      The UNSUB arrived at the branch by way of a gray Pontiac four-door sedan. Once inside the branch the UNSUB waited line allowing several customers to go ahead of him. The UNSUB then vaulted over the counter of the teller station and demanded money.

7.      The UNSUB opened one teller drawer and removed its contents, U.S. currency. A second teller supplied the UNSUB with U.S. currency as well. After retrieving the U.S. currency the UNSUB exited the teller area by way of a half door separating the lobby from the teller area.

8.      The UNSUB casually exited the branch and entered into the driver's seat of the gray Pontiac four sedan. The sedan bore the New Mexico license plate of PCD065. The vehicle registration indicated a Santa Fe, NM address. A query of the registered owner indicated an address of 500 Aliyah Lane Albuquerque, NM. A Bernalillo County Sheriff's Office (BCSO) deputy responded to address and located a male individual in front of the residence closely matching the description of the UNSUB. As the Deputy attempted to make contact with the male individual, the male individual entered into the residence, refused to open the door or speak with the deputy any further.

9.      Based on Bernalillo County tax and property records deputies were able to make contact with the homeowner. The homeowner indicated a family member, ALMANZA should be the

only individual at the residence. After a brief standoff with BCSO, ALMANZA eventually exited the residence and was taken into custody.

10. Federal Bureau of Investigation Special Agents responded the residence and obtained consent from the homeowner to search the residence. A search of the residence provided a gray Pontiac four door sedan, NM license PCD065 in the garage, and clothing closely matching the clothing worn by the UNSUB in the room the homeowner described as ALMANZA's. A large sum of U.S. currency, in varying dominations, was recovered from inside the garage near the gray Pontiac four door sedan.

11. The FDIC insures the deposits of Wells Fargo Bank, wherefore the latter is a bank as defined under federal bank robbery statute, Title 18 U.S.C. § 2113. Wells Fargo suffered a financial loss of U.S. currency in the robbery on April 24, 2018.

## CONCLUSION

12. Based on the above described facts, there is probable cause to believe that Jesus Manuel Almanza committed the violation of Title 18 U.S.C. § 2113, in that he, by force, violence and intimidation took from the person of the bank teller, money in the possession of Wells Fargo Bank.

13. I swear this information is true and correct the best of my knowledge.

Respectfully submitted,

Dibiassi Robinson
FBI Special Agent

Subscribed and sworn to before me
on April 25, 2018:

LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

3