IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 18-1577 JP |
| Plaintiff, | |
| vs. | Count 1: 18 U.S.C. § 2113(a): Bank Robbery. |
| **JESUS MANUEL ALMANZA**, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about April 24, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **JESUS MANUEL ALMANZA**, by force, violence, and intimidation did knowingly take from the person and presence of another a sum of United States currency belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. §§ 2113(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
05/04/18  12:29PM